# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

## CIVIL APPEAL TRANSCRIPT INFORMATION (FORM D-P)
## FOR PRO SE APPELLANTS

A PRO SE APPELLANT MUST FILE THE ORIGINAL OF THIS FORM WITH THE CLERK OF THE SECOND CIRCUIT IN ALL CIVIL APPEALS WITHIN 14 CALENDAR DAYS AFTER FILING A NOTICE OF APPEAL.

**THIS SECTION MUST BE COMPLETED BY APPELLANT**

| CASE TITLE | DISTRICT | DOCKET NUMBER |
|---|---|---|
| Doe v. Black | S.D.N.Y. | 1:23-cv-06148-JGLC |
| | **JUDGE**<br>Hon. Jessica G. L. Clarke | **APPELLANT** |
| | **COURT REPORTER** | **PRO SE APPELLANT**<br>Jane Doe |

**Check the applicable provision:**

☐ I am ordering a transcript.

☑ I am not ordering a transcript.

Reason for not ordering a transcript:

☐ Copy is already available

☑ No transcribed proceedings

☐ Other (Specify in the space below):

**PROVIDE A DESCRIPTION, INCLUDING DATES, OF THE PROCEEDINGS FOR WHICH A TRANSCRIPT IS REQUIRED (*i.e.*, oral argument, order from the bench, etc.)**

N/A

**METHOD OF PAYMENT** ☐ Funds ☐ CJA Voucher (CJA 21)

**INSTRUCTIONS TO COURT REPORTER:**

☐ PREPARE TRANSCRIPT OF PRE-TRIAL PROCEEDINGS

☐ PREPARE TRANSCRIPT OF TRIAL

☐ PREPARE TRANSCRIPT OF OTHER POST- TRIAL PROCEEDINGS

☑ OTHER (Specify in the space below):

Appeal concerns written orders and

**DELIVER TRANSCRIPT TO: (APPELLANT'S NAME, ADDRESS, TELEPHONE)**

N/A

**If a transcript is ordered, I certify that I have sent this form to the court reporter and have made satisfactory arrangements with the court reporter for payment of the cost of the transcript. *See* FRAP 10(b). I understand that unless I have already ordered the transcript, I shall order its preparation at the time required by FRAP and the Local Rules.**

| APPELLANT'S SIGNATURE | DATE |
|---|---|
| Jane Doe | May 13, 2026 |

**COURT REPORTER ACKNOWLEDGMENT: This section is to be completed by the court reporter. Return one copy to the Clerk of the Second Circuit.**

| DATE ORDER RECEIVED | ESTIMATED COMPLETION DATE | ESTIMATED NUMBER OF PAGES |
|---|---|---|
| | | |

| SIGNATURE OF COURT REPORTER | DATE |
|---|---|
| | |

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

Doe

v.

Black

**CERTIFICATE OF SERVICE***

Docket Number: 26-1320

I, Jane Doe (print name), hereby certify under penalty of perjury that on May 14, 2026 (date), I served a copy of Form T-1080, Form D-P, Emergency Motion for Administrative Stay and Stay Pending A (list all documents)

by (select all applicable)**

___ Personal Delivery

X United States Mail

___ Federal Express or other Overnight Courier

___ Commercial Carrier

X E-Mail (on consent)

on the following parties:

| Name | Address | City | State | Zip Code |
|---|---|---|---|---|
| Alexander Kitsock Parac | Perry Law, 445 Park Avenue | New York | NY | 10022 |
| E. Danya Perry | 157 East 86th Street, 4th flo | New York | NY | 10028 |
| Jacqueline M. Stykes | 295 Fifth Avenue | New York | NY | 10016 |
| Quinn Emanuel Urquhar | 51 Madison Avenue, 22nd fl | New York | NY | 10010 |
| Susan Rachel Estrich | Estrich Goldin LLP, 947 Berkeley Street | Santa Monica | CA | 90403 |

*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

**If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

5/14/2026
Today's Date

Jane Doe
Signature

CERTIFICATE OF SERVICE

I hereby certify that on May 14, 2026, I caused a true and correct copy of the foregoing Emergency Motion for Administrative Stay and Stay Pending Appeal, together with the accompanying Declaration of Jane Doe and supporting Appendix/Exhibits, to be served by electronic mail upon all counsel of record in this action.

Service was made upon:

Counsel for Defendant Leon Black

Plaintiff further certifies that courtesy copies were also transmitted by electronic mail to the Clerk's Office and/or Chambers in connection with Plaintiff's ongoing attempts to obtain emergency relief and docketing of related stay materials in the district court.

Dated: May 13, 2026

Respectfully submitted,

/s/ *Jane Doe*

Jane Doe
Plaintiff-Appellant *Pro Se*
P.O. Box 286
Haymarket, VA 20168
Jane.doe06418@gmail.com
(202) 407-6947