# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:
Doe

v.

Black

**CERTIFICATE OF SERVICE***

Docket Number: 26-1320

I, Jane Doe (print name), hereby certify under penalty of perjury that on May 22, 2026 (date), I served a copy of T-1080, Motion for Leave to file Exhibits Under Seal; T-1080 Motion for Leave to File Oversized Reply; Reply in Support of Plaintiff-Appellant's Motion; Sealed Exhibits A - I (list all documents)

by (select all applicable)**

___ Personal Delivery
X United States Mail
___ Federal Express or other Overnight Courier
___ Commercial Carrier
X E-Mail (on consent)

on the following parties:

| Name | Address | City | State | Zip Code |
|---|---|---|---|---|
| Michael Barry Carlinsky | Quinn Emmanuel Urquhart & Sullivan, LLP 295 Fifth Avenue | New York | NY | 10016 |
| E. Danya Perry | E. Danya Perry PLLC DBA Perry Law, 445 Park Avenue | New York | NY | 10022 |
| Joshua Perry | E. Danya Perry PLLC DBA Perry Law, 445 Park Avenue, 7th Flr | New York | NY | 10016 |
| Susan Estrich | 947 Berkely Street | Santa Monica | CA | 90403 |
| | | | | |

*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

**If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

5/22/2026 — Today's Date

Jane Doe — Signature