**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**

**Thurgood Marshall U.S. Courthouse 40 Foley Square, New York, NY 10007 Telephone: 212-857-8500**

**MOTION INFORMATION STATEMENT**

**Docket Number(s):** 26-1320

Doe v. Black
Caption [use short title]

**Motion for:**
**Motion for Leave to Accept Oversized Reply in Support Of Motion for Stay Pending Appeal**

Set forth below precise, complete statement of relief sought:
Plaintiff-Appellant respectfully seeks leave for the Court to accept an oversized Reply in Support of Motion for Stay Pending Appeal, totaling 4, 380 words, filed in connection with an emergency appeal involving complex sealing, confidentiality, and procedural issues.

**MOVING PARTY:** Jane Door
**OPPOSING PARTY:** Leon Black

- [x] Plaintiff
- [ ] Defendant
- [x] Appellant/Petitioner
- [ ] Appellee/Respondent

**MOVING ATTORNEY:** Pro Se
**OPPOSING ATTORNEY:**

[name of attorney, with firm, address, phone number and e-mail]

see attached Opposing Attorney Information document

Court- Judge/ Agency appealed from: Hon. Jessica G. L. Clarke, S.D.N.Y.

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
- [x] Yes
- [ ] No (explain):

Opposing counsel's position on motion:
- [ ] Unopposed
- [ ] Opposed
- [x] Don't Know

Does opposing counsel intend to file a response:
- [ ] Yes
- [ ] No
- [x] Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**

Has this request for relief been made below? [x] Yes [ ] No
Has this relief been previously sought in this court? [ ] Yes [x] No

Requested return date and explanation of emergency:

Is the oral argument on motion requested? [ ] Yes [x] No (requests for oral argument will not necessarily be granted)

Has the appeal argument date been set? [ ] Yes [x] No If yes, enter date:

**Signature of Moving Attorney:**
**Jane Doe**

**Date:** 5/22/2026

Service : [x] Electronic [ ] Other [Attach proof of service]

**Form T-1080** (rev. 10-23)