**UNITED STATES COURT OF APPEALS**
**FOR THE SECOND CIRCUIT**

Jane Doe,
Plaintiff-Appellant,

-against- No. 26-1320

Leon Black,
Defendant-Appellee.

LETTER REQUESTING SEALED TREATMENT OF APPENDIX MATERIALS

Plaintiff-Appellant Jane Doe respectfully requests that the accompanying sealed appendix materials submitted in connection with Plaintiff's Reply in Support of Motion for Stay Pending Appeal remain under seal pending further order of the Court.

The appendix materials consist substantially of documents, submissions, communications, and materials that were filed under seal, treated as confidential, or otherwise subject to sealing protections in the district court proceedings. Plaintiff respectfully seeks to avoid any inadvertent violation of existing sealing directives or confidentiality protections while the related appellate issues concerning disclosure and unsealing remain pending before this Court.

The appendix materials additionally contain highly sensitive personal, medical, trauma-related, and family information, including materials concerning third parties and minor children.

Accordingly, Plaintiff respectfully requests that the accompanying appendix materials remain sealed unless and until the Court directs otherwise.

Dated: May 21, 2026

Respectfully submitted,

/s/ *Jane Doe*
Jane Doe
Plaintiff-Appellant, *Pro Se*

P.O. Box 286
Haymarket, Virginia 20169
202-407-6947
Jane.doe06418@gmail.com