**Counsel for Defendant-Appellee**

Michael Barry Carlinsky
Quinn Emanuel Urquhart & Sullivan, LLP
295 Fifth Avenue
New York, NY 10016
Tel: (212) 849-7000
Fax: (212) 849-7100
michaelcarlinsky@quinnemanuel.com

E. Danya Perry
E. Danya Perry PLLC d/b/a Perry Law
445 Park Avenue
New York, NY 10022
Tel: (212) 840-7939
Fax: (646) 849-9609
dperry@danyaperrylaw.com

Susan Rachel Estrich
Estrich Goldin LLP
947 Berkeley Street
Santa Monica, CA 90403
Tel: (213) 399-2132
susan@estrichgoldin.com

Joshua Perry, Assistant Attorney General
E. Danya Perry PLLC d/b/a Perry Law
445 Park Avenue
7th Floor
New York, NY 10022
Tel: (212) 251-2619
Fax: (646) 849-9609