# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 29th day of May, two thousand twenty-six.

Before:     Sarah A. L. Merriam,
            *Circuit Judge.*

_____

Jane Doe,                                           **ORDER**

       Plaintiff - Appellant,                   Docket No. 26-1320

  v.

Leon Black,

       Defendant - Appellee.

_____

Appellant, pro se, moves for leave to file an oversized reply in support of her motion for a stay pending appeal. She also requests permission to file exhibits to the reply under seal.

IT IS HEREBY ORDERED that the motion for leave to file an oversized reply is GRANTED. The motion to seal is GRANTED but only on a temporary basis, pending review of the matter by the motions panel that reviews the motion for stay.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

