S.D.N.Y. – N.Y.C.
23-cv-6418
Clarke, J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 27th day of July, two thousand twenty-six.

Present:

Eunice C. Lee,
Beth Robinson,
Myrna Pérez,
*Circuit Judges*.

---

Jane Doe,

*Plaintiff-Appellant*,

v. 26-1320

Leon Black,

*Defendant-Appellee*.

---

Appellant, proceeding pro se, moves for a stay of the district court's unsealing order pending appeal and for leave to file exhibits under seal. Upon due consideration, it is ORDERED that the motion for a stay is DENIED. *In re World Trade Ctr. Disaster Site Litig.*, 503 F.3d 167, 170 (2d Cir. 2007). It is further ORDERED that the motion for leave to file exhibits under seal is DENIED because the documents provided by Appellant will be unsealed pursuant to the district court's order. Order to Unseal, *Doe v. Black*, No. 1:23-cv-06418 (S.D.N.Y. Apr. 23, 2026), Dkt. No. 388. However, pursuant to the district court's unsealing order, the documents subject to the order must be submitted to that court with redactions. The redacted documents will then be made available on the district court docket. Because Appellant has submitted to this Court currently sealed documents in unredacted form, the Clerk's Office is directed to keep the exhibits sealed until Appellant provides the redacted versions (which will have been filed in the district court). The appeal will proceed in the ordinary course.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

UNITED STATES SECOND CIRCUIT COURT OF APPEALS

Catherine O'Hagan Wolfe