UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

| | |
|---|---|
| JANE DOE,<br><br>APPELLANT,<br><br>-AGAINST-<br><br>LEON BLACK,<br><br>APPELLEE. | No. 26-1320 |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Appellate Procedure 42(b)(1), Appellant Jane Doe and Appellee Leon Black jointly stipulate to the dismissal of Ms. Doe's appeal (No. 26-1320) with prejudice, with each party to bear its own costs and fees of this appeal. On October 15, 2026, the district court entered an order granting Ms. Doe's letter motion to dismiss the action with prejudice. ECF Doc. No. 485, *Doe v. Black*, Case No. 1:23-cv-06418-JGLC (S.D.N.Y. Oct. 15, 2026). For the avoidance of doubt, neither this Stipulation nor the dismissal of this appeal shall have any effect on Mr. Black's pending application for attorneys' fees against Wigdor LLP, ECF Doc. No. 440, *Doe v. Black*, Case No. 1:23-cv-06418-JGLC (S.D.N.Y. June 4, 2026), over which the district court specifically retained jurisdiction.

Respectfully submitted,

/s/Jane Doe
Jane Doe

*Appellant Pro Se*

/s/ Joshua Perry
PERRY LAW
E. Danya Perry
Joshua A. Perry
Alexander K. Parachini
445 Park Avenue, 7th Floor
New York, NY 10022
(212) 213-3070
dperry@danyaperrylaw.com
jperry@danyaperrylaw.com
aparachini@danyaperrylaw.com

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Michael B. Carlinsky
Jennifer J. Barrett
Ryan A. Rakower
295 Fifth Avenue
New York, NY 10016
(212) 849-7000
michaelcarlinsky@quinnemanuel.com
jenniferbarrett@quinnemanuel.com
ryanrakower@quinnemanuel.com

ESTRICH GOLDIN LLP
Susan Estrich
947 Berkeley St.
Santa Monica, CA 90403
(213) 399-2132
susan@estrichgoldin.com

*Counsel for Appellee Leon Black*